UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RESILIRE NEUROREHABILITATION, LLC**
(Bekius, Cotrell, Craighead, Fernan, Gibbs, Guly-Garza, Hadden, Hill, Honas, Hudson, Jaynes, Jaynes-Kury, Kalmbach, Kohler, Kovacik, Krutsch, Lile, Lutz, Lyons, Medley, Myers, Orndorf, Rivera-Figuroa, Rollins, Sarazin, Smith, Stafford, Temple, Townsend, Verkiak, Villareal, Whipple),

  Plaintiff,

-v-

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

  Defendant.

Case No. 22-cv-12474
Hon. Terrance G. Berg
Magistrate Judge: Anthony P. Patti

_____/

| MILLER & TISCHLER, P.C. | HEWSON & VAN HELLEMONT, P.C. |
|---|---|
| **MILEA M. VISLOSKY (P69306)** | **ELAINE M. SAWYER (P56494)** |
|  mvislosky@msapc.net |  elaine@vanhewpc.com |
| *Attorneys for Plaintiff* | **JORDAN A. WIENER (P70956)** |
| 28470 W. Thirteen Mile Rd., Suite 300 |  jwiener@vanhewpc.com |
| Farmington Hills, MI 48334 | *Attorneys for Defendant* |
| (248) 945-1040 | 25900 Greenfield Rd., Suite 650 |
| | Oak Park, MI 48237 |
| | (248) 968-5200 |

_____/

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court by way of the stipulation of the parties, and the Court being otherwise fully advised in the matter:

**IT IS HEREBY ORDERED** that Plaintiff's action is dismissed in its entirety without prejudice.

**IT IS FURTHER ORDERED** that State Farm Mutual Automobile Insurance Company waives the defenses based on the one-year statute of limitations and/or one-year-back rule, MCL 500.3145, in a subsequent action filed by Plaintiff, provided that Plaintiff's subsequent action is commenced on or before March 29, 2023, and raises the same claims as to the same patients as raised in the complaint filed in this action. This waiver only applies to the portion of a subsequent lawsuit related to the patients identified in the complaint filed in this action, who are:

| | |
|---|---|
| Kristin Bekius | Leon Cottrell |
| Willie Creaghead | Vincent Fernan III |
| Kristine Gibbs | Anastacio Garza |
| Carolyn Hadden | Jaquez Hill |
| Andrew Honas | Heather Hudson |
| Shaun Jaynes | Jane Jaynes-Kury |
| Melissa Kalmbach | Bret Kohler |
| Jennifer Hextall | Aaron Kovacic |
| Greg Krutsch | Jayla Lile |
| Derek Lutz | Courtney Lyons |
| James Medley | William Myers |
| Thomas Orndorf | Gino Figueroa Rivera |
| Richard Rollins | Gerald Sarazin |
| Christopher Smith | Josephine Stafford |
| Lucas Temple | Justin Townsend |
| Laura Verkaik | Juan Villareal |
| James Whipple | Lisa Xu |
| Michael Johnson | |

      /s/Terrence G. Berg
**UNITED STATES DISTRICT COURT JUDGE**

**Dated: November 30, 2022**

Approved for entry by the Court:

__/s/ Milea M. Vislosky w/permission__
**MILEA M. VISLOSKY (P69306)**
*Attorney for Plaintiff*

_/s/ Elaine M. Sawyer_
**ELAINE M. SAWYER (P56494)**
*Attorney for Defendant*